Commonwealth ex rel. Veit *v.* Veit, Appellant.

Argued September 10, 1973. *Curtis Wright*, with him *John P. Knox*, and *Timoney, Knox, Avrigian & Hasson*, for appellant; *Alan E. Boroff*, with him *Wisler, Pearlstine, Talone, Craig & Garrity*, for appellee.

Order affirmed.

Commonwealth ex rel. Yates *v.* Yates, Appellant.

Argued September 11, 1973. *William F. Martson*, with him *Martson and Snelbaker*, for appellant; *Thomas D. Caldwell, Jr.*, with him *Caldwell, Clouser & Kearns*, for appellee.

Order affirmed.